United States Bankruptcy Court

For The District Of New Jersey

402 East State Street courtroom #2

Trenton NJ 08608

Honorable Kathryn C. Ferguson, Chief Judge

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2018 APR -5 P 12: 21

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

April 5, 2018

From: Keith Saunders

Re: Bankruptcy no-17-25962(KCF)

Your Honor, I respectfully request a (30) thirty day delay of my April 17, 2018 scheduled appointment in your court room. I am requesting delay to seek proper legal representation. My former council and I cannot agree on my concerns and I do not have confidence in their ability to represent law. My last meeting with Kasuri Byck Lawyers, I was forced under duress to sign a blank (1) page SURETY BOND APPLICATION. When I requested explanation of it, I was told by Mr. Harrison Byck, "sign it or get a new lawyer". (2) two days later, I received by e-mail a (9) nine page blank JUDICIAL BOND APPLICATION, with instructions to just sign it and return it to their office. Again without explaining the reason for it. At this time I no longer believe this firm can represent me properly and therefore I need time to seek representation. I have dismissed this law group and forwarded my intentions to them as well the Trustee in this case. I would greatly appreciate this delay and thank you for your considerations.

Respectfully yours,

KEITH SAUNDERS   4/5/2018

CC   KAREN E. BEZNER

KML LAW GROUP

KASURI BYCK LLC