UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

KEITH SAUNDERS,

Case No.: 17-25962

Judge: Hon. Kathryn C. Ferguson, U.S.B.J.

Order Filed on November 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER MODIFYING AND REDUCING PROOF OF CLAIM FILED BY KIMBERLY SAUNDERS

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: November 17, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Keith Saunders
Case No.: 17-25962 (KCF)
Caption of Order: Consent Order

---

**ORDERED** that:

1)  Claim No. 22-1, filed by Kimberly Saunders on May 10, 2018 in the amount of $31,003.00 be and the same is hereby modified and reduced to $23,243.00.

We hereby consent to the form and entry of
the within Order.

**KIMBERLY SAUNDERS**
807 Brian Court, Princeton, New Jersey 08540


By: /s/ Kimberly Saunders
    Kimberly Saunders


**KAREN E. BEZNER, ESQ.**
Counsel for Karen E. Bezner, Chapter 7 Trustee


By: /s/ Karen E. Bezner
    Karen E. Bezner, Esq.