UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on November 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEITH SAUNDERS,

Case No.: 17-25962

Judge: Hon. Kathryn C. Ferguson, U.S.B.J.

# CONSENT ORDER MODIFYING AND REDUCING PROOF OF CLAIM FILED BY KIMBERLY SAUNDERS

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: November 17, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Keith Saunders
Case No.: 17-25962 (KCF)
Caption of Order: Consent Order

---

**ORDERED** that:

1)    Claim No. 22-1, filed by Kimberly Saunders on May 10, 2018 in the amount of $31,003.00 be and the same is hereby modified and reduced to $23,243.00.

We hereby consent to the form and entry of
the within Order.

**KIMBERLY SAUNDERS**
807 Brian Court, Princeton, New Jersey 08540

By: /s/ Kimberly Saunders
     Kimberly Saunders

**KAREN E. BEZNER, ESQ.**
Counsel for Karen E. Bezner, Chapter 7 Trustee

By: /s/ Karen E. Bezner
     Karen E. Bezner, Esq.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-25962-KCF

Keith Saunders  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Nov 18, 2020  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Keith Saunders, 47 Baldwin Ave, Somerset, NJ 08873-1001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
    on behalf of Creditor PNC BANK  NAT'L ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harrison Ross Byck
    on behalf of Debtor Keith Saunders lawfirm@kasuribyck.com  kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com

Karen E. Bezner
    on behalf of Plaintiff Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Nov 18, 2020 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6