Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−25962−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Keith Saunders
  47 Baldwin Ave
  Somerset, NJ 08873

Social Security No.:
  xxx−xx−4450

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     1/14/21
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Karen E. Bezner, Trustee's Attorney

COMMISSION OR FEES
FEES $14,020.00

EXPENSES
$308.93

---

If this is a chapter 13 case, the fees and expenses awarded:

  ☐   will not reduce the amount to be paid to general unsecured
      creditors under the plan.

  ☐   will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

  An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 14, 2020
JAN:

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 17-25962-KCF
Keith Saunders                                                                           Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Dec 14, 2020      Form ID: 137      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Keith Saunders, 47 Baldwin Ave, Somerset, NJ 08873-1001 |
| 516988355 | + | Capital Partners LLC, 79 Warren St, Glens Falls, NY 12801-4533 |
| 516988358 | + | Convergent Healthcare Recoveries, PO Box 6209 Dept 0102, Champaign, IL 61826-6209 |
| 516988362 | #+ | Diversified Consultants Inc, PO Box 1391, Southgate, MI 48195-0391 |
| 516988364 | + | Geico, One Geico Plaza, Macon, GA 31296-0001 |
| 516988366 | + | IPC of Texas, PO Box 844904, Los Angeles, CA 90084-4904 |
| 516988367 | | Juniper Card Svcs, PO Box 13337, Philadephia, PA 19101-3337 |
| 516988369 | #+ | KML Law Group PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 516988368 | + | Kimberly Saunders, 807 Brian Ct, Princeton, NJ 08540-9562 |
| 516988370 | | McAllen Anesthesia Consultants, PO Box 3499, McArthur, TX 78502 |
| 516988373 | + | Quantum Medical Radiology, PO Box 14267, Palm Desert, CA 92255-4267 |
| 516988374 | + | Renaissance Emergency Phys, PO Box 4631, Houston, TX 77210-4631 |
| 516988375 | + | Renaissance Medical Imagins, PO Box 3316, McAllen, TX 78502-3316 |
| 516988376 | + | Southern Bank Emergency Phys, PO Box 37794, Philadelphia, PA 19101-5094 |
| 516988377 | + | St Peters Hospital, 254 Easton Ave, New Brunswick, NJ 08901-1766 |
| 516988380 | + | University Radiology Group, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 516988381 | + | Valley Pathology, PO Box 2340, San Antonio, TX 78298-2340 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2020 22:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2020 22:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516988354 | + | Email/Text: bankruptcy@usecapital.com | Dec 14 2020 22:33:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 516988357 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 14 2020 22:31:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 516988359 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 14 2020 22:32:00 | Credit Collection Svc, c/o Century Bk, PO Box 55126, Boston, MA 02205-5126 |
| 516988360 | + | Email/Text: bkcy@creditmgt.com | Dec 14 2020 22:31:00 | Credit Mgmt Control Inc, PO Box 1654, Greenbay, WI 54305-1654 |
| 516988361 | + | Email/Text: Bankruptcy.Consumer@dish.com | Dec 14 2020 22:31:00 | Dish Network, PO Box 7203, Pasadena, CA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 91109-7303 |
| 516988363 | | Email/Text: bankruptcynotices@dcicollect.com | Dec 14 2020 22:32:00 | Diversified Consultants Inc, PO Box 551268, Jacksonville, FL 32255-1268 |
| 516988365 | + | Email/Text: G2GPCCU@southernco.com | Dec 14 2020 22:32:00 | Georgia Power, PO Box 105537, Atlanta, GA 30348-5537 |
| 516988372 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC Bank, PO Box 1820, Dayton, OH 44101 |
| 516988371 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 516988379 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 14 2020 22:32:00 | Transworld Systems Inc, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516988378 | *+ | St Peters Hospital, 254 Easton Ave, New Brunswick, NJ 08901-1766 |
| 516988356 | ##++++ | CENTRAL CREDIT SERVICES LLC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708, address filed with court:, Central Credit Services LLC, 20 Corporate Hills Dr, St Charles, MO 63301 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NAT'L ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harrison Ross Byck | on behalf of Debtor Keith Saunders lawfirm@kasuribyck.com kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com |
| Karen E. Bezner | on behalf of Plaintiff Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6