Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

          Case No.:  17−25962−KCF  
          Chapter:  7  
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Keith Saunders  
   47 Baldwin Ave  
   Somerset, NJ 08873

Social Security No.:  
   xxx−xx−4450

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:           February 25, 2021  
TIME:           02:30 PM  
LOCATION:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $25,109.75  
TOTAL DISBURSEMENTS:   $956.85  
BALANCE ON HAND:       $24,152.90

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Karen E. Bezner, Trustee

COMMISSION OR FEES  
$3,260.98

EXPENSES  
$689.42

The trustee's application to abandon the following property will be heard and acted upon:  
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: January 19, 2021
JAN: gan

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-25962-KCF |
| Keith Saunders | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: 192 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Keith Saunders, 47 Baldwin Ave, Somerset, NJ 08873-1001 |
| 516988355 | + | Capital Partners LLC, 79 Warren St, Glens Falls, NY 12801-4533 |
| 516988358 | + | Convergent Healthcare Recoveries, PO Box 6209 Dept 0102, Champaign, IL 61826-6209 |
| 516988362 | #+ | Diversified Consultants Inc, PO Box 1391, Southgate, MI 48195-0391 |
| 516988364 | + | Geico, One Geico Plaza, Macon, GA 31296-0001 |
| 516988366 | + | IPC of Texas, PO Box 844904, Los Angeles, CA 90084-4904 |
| 516988367 | | Juniper Card Svcs, PO Box 13337, Philadephia, PA 19101-3337 |
| 516988369 | #+ | KML Law Group PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 516988368 | + | Kimberly Saunders, 807 Brian Ct, Princeton, NJ 08540-9562 |
| 516988370 | | McAllen Anesthesia Consultants, PO Box 3499, McArthur, TX 78502 |
| 516988373 | + | Quantum Medical Radiology, PO Box 14267, Palm Desert, CA 92255-4267 |
| 516988374 | + | Renaissance Emergency Phys, PO Box 4631, Houston, TX 77210-4631 |
| 516988375 | + | Renaissance Medical Imagins, PO Box 3316, McAllen, TX 78502-3316 |
| 516988376 | + | Southern Bank Emergency Phys, PO Box 37794, Philadelphia, PA 19101-5094 |
| 516988377 | + | St Peters Hospital, 254 Easton Ave, New Brunswick, NJ 08901-1766 |
| 516988380 | + | University Radiology Group, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 516988381 | + | Valley Pathology, PO Box 2340, San Antonio, TX 78298-2340 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516988354 | + | Email/Text: bankruptcy@usecapital.com | Jan 19 2021 23:28:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 516988357 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 19 2021 23:27:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 516988359 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 19 2021 23:28:00 | Credit Collection Svc, c/o Century Bk, PO Box 55126, Boston, MA 02205-5126 |
| 516988360 | + | Email/Text: bkcy@creditmgt.com | Jan 19 2021 23:27:00 | Credit Mgmt Control Inc, PO Box 1654, Greenbay, WI 54305-1654 |
| 516988361 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jan 19 2021 23:27:00 | Dish Network, PO Box 7203, Pasadena, CA |

Case 17-25962-KCF    Doc 144    Filed 01/21/21    Entered 01/22/21 00:25:03    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 19, 2021 | Form ID: 192 | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 91109-7303 |
| 516988363 | | Email/Text: bankruptcynotices@dcicollect.com | Jan 19 2021 23:28:00 | Diversified Consultants Inc, PO Box 551268, Jacksonville, FL 32255-1268 |
| 516988365 | + | Email/Text: G2GPCCU@southernco.com | Jan 19 2021 23:28:00 | Georgia Power, PO Box 105537, Atlanta, GA 30348-5537 |
| 516988372 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2021 23:25:00 | PNC Bank, PO Box 1820, Dayton, OH 44101 |
| 516988371 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2021 23:25:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 516988379 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 19 2021 23:28:00 | Transworld Systems Inc, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 516988378 | *+ | St Peters Hospital, 254 Easton Ave, New Brunswick, NJ 08901-1766 |
| 516988356 | ##++++ | CENTRAL CREDIT SERVICES LLC, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708, address filed with court:, Central Credit Services LLC, 20 Corporate Hills Dr, St Charles, MO 63301 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PNC BANK NAT'L ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harrison Ross Byck | on behalf of Debtor Keith Saunders lawfirm@kasuribyck.com kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com |
| Karen E. Bezner | on behalf of Plaintiff Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6